CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 07 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No.: 7:16-cr-00037 |
| : | Sealed Indictment |
| v. : | Violations: |
| : | |
| : | 21 U.S.C. § 846 |
| JESSICA MACHELLE GARLIC : | 21 U.S.C. § 841(a)(1) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. Beginning in or about the summer of 2015, and continuing to on or about February 29, 2016, in the Western District of Virginia, and elsewhere, the defendant, JESSICA MACHELLE GARLIC, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(B).

1

## COUNT TWO

The Grand Jury further charges that:

1. On or about February 29, 2016, in the Western District of Virginia, the defendant, JESSICA MACHELLE GARLIC, knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

A True Bill this 7th day of July, 2016.

/s/ *Grand Jury Foreperson*
FOREPERSON

*[signature]*
JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY

2