**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**CRIMINAL MINUTES - GUILTY PLEA HEARING**

Case No.: 7:16-cr-00037-01                    Date: 1/3/2017

**Defendant:** Jessica Machelle Garlic, Bond          **Counsel:** Melissa Friedman, Esq CJA

| PRESENT: | JUDGE: | Hon. Glen Conrad | TIME IN COURT: 10:35-11:31 am 56 min |
|---|---|---|---|
| | Deputy Clerk: | Susan Moody | |
| | Court Reporter: | JoRita Meyer | |
| | U. S. Attorney: | Ashley Neese, Esq. | |
| | USPO: | Lollie Burns | |

**PROCEEDINGS:**

☒ Plea Agreement
☒ Defendant re-arraigned as to Counts 1 of Indictment
☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty pending PSR.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests
☒ Court finds defendant guilty as charged in Count 1 pending PSR

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | |

☒ Court orders Presentence Report.
☒ Defendant to remain on bond pending sentencing
☒ Sentencing hearing scheduled before Judge Conrad in Roanoke on 4/11/2017 @ 10 am